

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 10, 2018

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Daniel Rivas,**
             **17 Cr. 492 (VEC)**

Dear Judge Caproni:

      As the Court is aware, in August 2017, Daniel Rivas, the defendant in the above-captioned, matter pleaded guilty to securities fraud and related offenses, pursuant to a cooperation agreement.  Rivas has been cooperating with the Government in its prosecution of *United States* v. *Michael Siva*, et al., 17 Cr. 503 (AJN), a five defendant insider trading case pending before Judge Nathan.  Yesterday, counsel for defendant Siva informed the Government that Siva intends to plead guilty pursuant to a written plea offer.  An appearance is scheduled before Judge Nathan for October 18, 2018.  Today, the Government filed a letter motion requesting that the October 18, 2018 proceeding be converted into a plea hearing.  After that proceeding, the Government will update this Court to confirm whether all defendants have pleaded guilty, provide the Court with all relevant sentencing dates, and request a sentencing date for defendant Rivas.

      Very Truly Yours,

      GEOFFREY S. BERMAN
      United States Attorney

By: *[signature]*
     Andrea M. Griswold
     Assistant United States Attorney
     (212) 637-1205