

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



October 29, 2018

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2018

Re:   **United States v. Daniel Rivas,**
      17 Cr. 492 (VEC)

Dear Judge Caproni:

As the Court is aware, in August 2017, Daniel Rivas, the defendant in the above-captioned, matter pleaded guilty to securities fraud and related offenses, pursuant to a cooperation agreement.  Rivas has been cooperating with the Government in its prosecution of *United States* v. *Michael Siva*, et al., 17 Cr. 503 (AJN), a five defendant insider trading case pending before Judge Nathan.  On October 18, 2018, the last of the five defendants (defendant Siva) pled guilty before Judge Nathan.  Sentencing for Siva has been scheduled for February 8, 2019.  Sentencing dates for the other four defendants are all scheduled prior to that date.  The Government respectfully requests a sentencing date for defendant Rivas after February 8, 2019.

Very Truly Yours,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Andrea M. Griswold
Assistant United States Attorney
(212) 637-1205

10/31/2018 - Application Granted. Sentencing scheduled for February 19, 2019, at 11:00 a.m. A presentence report will be prepared.
SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE