UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

1:17- cr- 00492-VEC-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL RIVAS,<br><br>　　Defendant. | **ORDER FOR THE RETURN OF DEFENDANT DANIEL RIVAS' PASSPORT** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/1/2019__

This matter having been opened to the Court by way of motion by Jerome A. Ballarotto, Esq. appearing on behalf of Defendant, Daniel Rivas and with consent of Andrea Griswold, Assistant United States Attorney on behalf of the Government, and no objection from Anthony Nisi, Mr. Rivas' Probation Officer and Pretrial Services and the Court having considered this matter;

　　IT IS on this   1st   day of ___November___, 2019;

　　**ORDERED** that Daniel Rivas' passport is to be return to him forthwith.

_____
HON. VALERIE E. CAPRONI, U.S.D.J.