USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2020

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

1:17- cr- 00492-VEC-1

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

DANIEL RIVAS,

    Defendant.

ORDER ~~FOR EARLY TERMINATION OF PROBATION FOR DEFENDANT DANIEL RIVAS~~

This matter having been opened to the Court by way of motion by Jerome A. Ballarotto, Esq. appearing on behalf of Defendant, Daniel Rivas and Andrea Griswold, Assistant United States Attorney on behalf of the Government, and the Court having considered this matter;

IT IS on this 31st day of July, 2020;

**ORDERED** that Defendant Daniel Rivas' ~~term of Probation is hereby terminated.~~ motion for early termination is hereby DENIED. Defendant provides no reason for why early termination is appropriate. Compliance with supervision is expected and, without more, is insufficient.

_____
HON. VALERIE E. CAPRONI, U.S.D.J.